IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                           PLAINTIFF

v.                                    No. 4:07CR00072 JLH

MICHAEL TERRY                                                                      DEFENDANT

**ORDER**

Michael Terry has filed a motion for copies of all documents pertaining to his case, including discovery papers, the docket sheet, sentencing transcripts, and the presentence report. He says that he needs these documents because of new laws and changes in the law.

The Court cannot provide these copies for several reasons. First, some of these documents would not be in the court file, such as discovery papers. Second, because there was no appeal, there is no sentencing transcript. Third, the Bureau of Prisons does not allow prisoners to have copies of presentence reports. Fourth, because there are no pending proceedings, there is no basis for declaring Terry eligible to proceed *in forma pauperis* and providing him copies without charge.

If Terry wishes to obtain copies of documents in the court file, he may make arrangements with the Clerk's Office to pay for those copies, just as any other member of the public would do. Likewise, he can write the court reporter and arrange to pay for the transcription of the sentencing hearing. If he wishes to obtain copies such as discovery papers, he may need to contact the office of the public defender to see whether his file is still available. The motion is denied. Document #50.

IT IS SO ORDERED this 20th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE